# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:05CR163 |
| vs. ) | |
| ) | ORDER |
| CLEO JO WALKER, ) | |
| ) | |
| Defendant. ) | |

Defendant Cleo Jo Walker (Walker) appeared before the court on August 26, 2011, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 302). Walker was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through her counsel, Walker waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Walker should be held to answer for a final dispositional hearing before Judge Laurie Smith Camp.

The government moved for detention. Through counsel, Walker declined to present any evidence or request a hearing on the issue of detention. Since it is Walker's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Walker has failed to carry her burden and that Walker should be detained pending a dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on September 12, 2011**. Defendant must be present in person.

2. Defendant Cleo Jo Walker is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 26th day of August, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge